September 27, 2024

**VIA ECF**

Christopher M. Wolpert
Clerk of the Court
United States Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-1823

Re:   *Springer v. Lujan Grisham*, Nos. 23-2192, 23-2194
        (not scheduled for oral argument)

Dear Mr. Wolpert:

    I am the attorney with lead responsibility for representing Defendants-Appellants/Cross-Appellees in this case. The appeal is fully briefed but has not been scheduled for oral argument during the November 2024 session. I write to inform that Court that I am:

- Available for oral argument during the subsequent argument session (January 21-24, 2025), but
- Unavailable during the argument session after that (March 17-21, 2025), as I will be traveling out of the country that week.

    Accordingly, I respectfully request that if and when the Court schedules argument in this case, it avoids the March 2025 session. Thank you for your consideration.

                                                  Sincerely,

                                                  /s/ Janet Carter
                                                  Janet Carter
                                                  *Counsel for Defendants-Appellants*
                                                  *Governor Michelle Lujan Grisham et al.*

Cc:   All Counsel of Record