**FILED**
United States Court of Appeals
Tenth Circuit

**December 4, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| JAMES SPRINGER, | |
| Plaintiff - Appellee Cross-Appellant, | |
| v. | No. 23-2192 |
| MICHELLE LUJAN GRISHAM, et al., | (D.C. No. 1:23-CV-00781-KWR-LF) |
| Defendants - Appellants Cross-Appellees, | (D. N.M.) |
| and | |
| OFFICE OF THE GOVERNOR, | |
| Defendant - Cross-Appellee. | |

-------------------------------

BRADY CENTER TO PREVENT GUN VIOLENCE, et al.,

  Amici Curiae.

_____

| | |
|---|---|
| JAMES SPRINGER, | |
| Plaintiff - Appellant, | |
| v. | No. 23-2194 |
| MICHELLE LUJAN GRISHAM, et al., | (D.C. No. 1:23-CV-00781-KWR-LF) |
| Defendants - Appellees. | (D. N.M.) |

_____

**ORDER**

_____

These matters are before the court *sua sponte* to direct supplemental briefing regarding the impact of this court's recently issued decision in *We the Patriots, Inc. v. Grisham*, 119 F.4th 1253 (10th Cir. 2024). The parties' simultaneous supplemental briefs shall be filed within 10 days of the date of this order. The briefs may be no longer than 10 pages in a 13- or 14-point font, and while they need not comply with the content requirements of Fed. R. App. P. 28(a), they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

As these matters are scheduled for oral argument on January 21, 2025, requests for extension of time are strongly discouraged.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk