UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| James Springer<br><br>v.<br><br>Michelle Lujan Grisham, *et al.* | Case No. 23-2192 |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Michelle Lujan Grisham, Patrick Allen, and the New Mexico Department of Health_____
[Party or Parties][1]

_____

Appellants_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


Holly Agajanian_____        Cody Rogers_____
Name of Counsel                                                        Name of Counsel

*/s/ Holly Agajanian*_____        */s/ Cody Rogers*_____
Signature of Counsel                                                 Signature of Counsel

490 Old Santa Fe Trail, Suite 400_____        2540 El Paseo Road, Suiet D L_____
Santa Fe, New Mexico 87501_____        Las Cruces, NM 88001_____
(505) 476-2200_____        (713) 452-4400_____
Mailing Address and Telephone Number      Mailing Address and Telephone Number

Holly.Agajanian@exec.nm.gov_____        crogers@serpeandrews.com_____
E-Mail Address                                                         E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

Kyle Duffy_____
Name of Counsel

/s/ Kyle Duffy_____
Signature of Counsel

490 Old Santa Fe Trail, Suite 400_____
Santa Fe, New Mexico 87501_____
(505) 476-2200_____
Mailing Address and Telephone Number

Kyle.Duffy@exec.nm.gov_____
E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☒    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☐    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

Mark J. Caruso, Randy Donk, Gun Owners Foundation and Gun Owners of America, Inc., Robert Jeffrey Olson, Cameron L. Atkinson, Dennis Smith, We the Patriots, Inc., Jordon P. George, Firearms Policy Coalition, Inc., Zachary Fort, New Mexico Shooting Sports Association and Second Amendment Foundation, who are the parties and attorneys in Case Nos. 23-2166, 23-2167, and 23-2185, which are related appeals stemming from challenges to Defendants' public health order.

12/13/23_____
Date

/s/ Cody Rogers_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
     [date]

_____

at_____,

the last known address/email address, by _____.
             [state method of service]


12/12/23_____
Date

*/s/ Cody Rogers*_____
Signature