UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 04, 2024

Ms. Holly Agajanian
Mr. Kyle P Duffy
Ms. Cody R. Rogers
Serpe Andrews
2540 El Paseo Road, Suite D
Las Cruces, NM 88001

**RE:** 23-2192, 23-2194, Springer v. Grisham, et al
Dist/Ag docket: 1:23-CV-00781-KWR-LF

Dear Counsel:

Please be advised that briefing in this cross-appeal has commenced. Briefing shall proceed in accordance with Fed. R. App. P. 28.1. **Please make sure to use the correct cross-appeal briefing event codes when filing your briefs via the court's Electronic Case Filing System (ECF), as indicated below. In addition, please make sure to apply your docket entries to both cases.**

Please note the following:

1. The party who files a notice of appeal first is the appellant for purposes of the cross-appeal. If notices are filed on the same day, the plaintiff in the proceeding below is the appellant.
2. Appellant's principal brief (which must be docketed as the first brief on cross-appeal) shall be served and filed within 40 days from the date the originating court transmitted the "notice record complete" (OR 40 days from the date the record on appeal was filed in this court). The due date is February 13, 2024.
3. Appellee's principal and response brief (which must be docketed as the second brief on cross-appeal) shall be served and filed within 30 days after appellant's principal brief is served.
4. Appellant's response and reply brief (which must be docketed as the third brief on cross-appeal) shall be served and filed within 30 days after appellee's principal and response brief is served.

5. Appellee's reply brief (which must be docketed as the fourth brief on cross-appeal) shall be served and filed within 21 days after appellant's response and reply brief is served.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:  Zachary J. Cook
     A. Blair Dunn

CMW/klp