# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

James Springer

v.

Michelle Lujan Grisham, et al.

Case No. 23-2192

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Michelle Lujan Grisham, Patrick Allen, and the New Mexico Department of Health
_____
[Party or Parties][1]

_____

Appellants
_____, in the above-captioned case(s).
    [Appellant/Petitioner or Appellee/Respondent]

Janet Carter
_____    _____
Name of Counsel                                  Name of Counsel

/s/Janet Carter
_____    _____
Signature of Counsel                        Signature of Counsel

450 Lexington Ave, PO Box 4184, New York, NY 10163 646-324-8174
_____    _____
Mailing Address and Telephone Number     Mailing Address and Telephone Number

jcarter@everytown.org
_____    _____
E-Mail Address                               E-Mail Address

_____

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not
direct parties in this appeal but do have an interest in or relationship to the litigation
and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not
entering an appearance in this court, but who have appeared for a party in prior trial or
administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been
disclosed to the court.

1/19/2024
_____
Date

/s/ Janet Carter
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the
required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑     All other parties to this litigation are either: (1) represented by attorneys; or
(2) have consented to electronic service in this case; or

☐    On    _1/19/2024_____ I sent a copy of this Entry of Appearance
                  [date]

Form to:

_____

at_____,

the last known address/email address, by _____.
                                      [state method of service]

1/19/2024
_____
Date

/s/ Janet Carter
_____
Signature