FILED
United States Court of Appeals
Tenth Circuit

March 18, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| JAMES SPRINGER,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>MICHELLE LUJAN GRISHAM; PATRICK ALLEN; NEW MEXICO DEPARTMENT OF HEALTH,<br><br>  Defendants - Appellants.<br><br><br>OFFICE OF THE GOVERNOR,<br><br>  Defendant. | No. 23-2192<br>(D.C. No. 1:23-CV-00781-KWR-LF)<br>(D. N.M.) |

_____

| | |
|---|---|
| JAMES SPRINGER,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>MICHELLE LUJAN GRISHAM; PATRICK ALLEN; NEW MEXICO DEPARTMENT OF HEALTH; OFFICE OF THE GOVERNOR,<br><br>  Defendants - Appellees. | No. 23-2194<br>(D.C. No. 1:23-CV-00781-KWR-LF)<br>(D. N.M.) |

_____

**ORDER**

_____

Before **ROSSMAN** and **KELLY**, Circuit Judges.
_____

Appellants in No. 23-2192 have filed a motion for a stay pending appeal of the district court's preliminary injunction. Appellee has filed a response in opposition, and Appellants have filed a reply.

In deciding whether to grant a stay pending appeal, we consider the traditional factors: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder*, 556 U.S. 418, 434 (2009) (internal quotation marks omitted). "A stay is not a matter of right, . . . [but] is instead an exercise of judicial discretion, and the propriety of its issue is dependent upon the circumstances of the particular case." *Id.* at 433 (internal quotation marks and brackets omitted). "The party requesting a stay bears the burden of showing that the circumstances justify an exercise of [the court's] discretion." *Id.* at 433–34.

Having carefully considered the parties' arguments, we find Appellants have not carried their burden to show the circumstances justify a stay. We therefore deny the motion.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk